UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHANNA K. McCORMICK,

    Plaintiffs,

v.

PACIFIC BELLS, INC., a Washington corporation, and THOMAS COOK, an individual,

    Defendants.

No. C 08-5361 KLS

ORDER DENYING MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINE

This matter comes before the Court on the Plaintiff's motion to extend discovery and dispositive motion deadlines. Dkt. #21. The Defendants filed their opposition to said motion. Dkt. #25.

The motion to extend said deadlines is DENIED. The Plaintiff has not shown good cause for such request and in fact, it appears from the opposition filed by the Defendants that there is no good cause for such request. In addition, such an extension would prejudice the Defendants regarding their preparation for trial.

DATED this 20th day of April, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Denying Motion
Page - 1

Order Denying Motion
Page - 2