HONORABLE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| **JOHNNA K. MCCORMICK**, | Case No. C08-5361 KLS |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | |
| **PACIFIC BELLS, INC.,** a Washington corporation, and **THOMAS COOK**, an individual. | |
| Defendant. | |

## ORDER

This matter having come before the Court on the parties' stipulation of dismissal:

The Court having considered the pleadings, records and files before it, and the stipulation of the parties; and the Court being duly advised, it is hereby

ORDERED that the stipulation of dismissal is hereby GRANTED and that plaintiff's Claims for Relief are dismissed with prejudice and without costs to any party in the above matter.

DATED this 22nd day of July, 2009.

Karen L. Strombom
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL - 1**